IN THE UNITED STATES DISTRICT COURT

THE MIDDLE DISTRICT OF TENNESSEE

AT NASHVILLE

RECEIVED
IN CLERK'S OFFICE

NOV 0 6 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

James Jellison
    Plaintiff

Vs,

Core Civic

a public held enitoty.

Mr. Damon Hinniger CEO

Mr. Blair Liebach

Admin warden

Mr. Jerry Wardlow

Deputy Warden

Mrs. Yolanda Pittman

AWOT.

Mrs. Cynthia Pratt

Health Service Administrator

Mrs. Watt

Ass Health Service Administrator.

Mrs. Smith

Mr. Oswald

Unit manager for TTCC,

Sgt J. Garner

Grievance Chair for TTCC,

    Defendant(s)

      /

VERIFIED CIVIL RIGHT(S) COMPLAINT JURISDICTION AND VENUE..

I

" MAY IT PLEASE THE COURT"

COMES NOW THE Underlain Plaintiff. James Jellison pro se hereby filling this verified Civil Compliant auhtorized by 42 USC §§ 1004024(1)(a) (B) 12213 USC 1983 Title II of the Cvicil rights of the 1964 §§ 504 and 704 (a) of the rehabitation act of 1973, And the "DUE PROCESS CLAUSE OF THE 14th Amendent(s)" "The Right to redress act(s) wholly imposed to Abridge Privileges immunities life. liberty, and/or property . Hereof the citizen(s) of the United States ; Under the color of law. "AGGRANDIZED" by the Cnostitution of the United State (s)" The court(s) has Jurisdiction underlain Plaintiff claim for injunctive Relief declarory Relief is authorized by USC §§ 12283 and 2202 rule 65 of the FED. P Underlain Plaintiff also ; seeks general compensatory and puntive damages.

## II
### JURISDICTION

|. The Court has Jurisdiction over th  Plaintiff(s) claim(s) of Abridge of Federal Constitu tion right(s) Under 28-USC §§ 1915 (a).

2. The Court has supplemental right(s) Jurisdiction over the Plaintiff(s) state law tort c laim(s) Under USC 1367.

I. Previous Lawsuit(s)

A. There has not been any other litigation in State or Federal court relating to the Under lain fact(s) compelled herein.

II. Place of confinement.

Plaintiff James J. Jellison., presently presented the fact(s) herein to the grievance Boa ard at TTCC.

C.1.Plaintiff cited" Deliberate Indifference" to a serious Medical need nad/or Medical Mal feasance(s) imposed on a "Qualify(ing) Prisoner."

C,2. Every grievance was to no avial none ever seen agian by Underlain Plaintiff.

D.&.E n/a

F.1. Plainitff contacted Damon Hinnger CEO of Core Civic ( Herein Refeenced as CC all War ed(s) of TTCC Leibach Warden, Wardlow, Pittman, Health Service Adminstrator(s) Pratt, and Watt, Mrs. Smith FNP of Medical Mr. Oswald unit manager for TTCC B. Building Chronic care Underlain Plaintiff, wrote the above mentioned Defendant(s) and/or filed filed grievance( ss) spoke to in person compelling injury(ies) visually. More over an exact advising all party(ies) of the denial of medical care, adequate treatment Under the 'Deliberate Indiff erence" and Medical Malfeasance's Standard(s)".

F.2. All reply(ies) to Plaintiff(s) numberious letter(s) Grievance(s), and in person Talk(s) (S) went without avail .

"see attached exhibit(s)"

### III PARTY(IES)

A. Plaintiff (s) James J. Jellison, is at all times mentioned. Herein the Underlian Pl aintiff(s) a person with "Qualify(ied) Disability(ies)" in the custody of th  Tenn Depa rtment of Corcection(s) (herein refenranced as TDOC). currently confined at TTCC. Unde rlian Plaintiff James J. Jellison, Mailing Address @ TTCC 140 Macon Way Hartsville, Ten n 37074.,

Defendant(s)

B.1. Defendant (s) No. 1. Core Civic(CC) is a public held corporation, contracted with the state of Tennessee an TDOC legally responsible for providing adequate, proper, med ical care and/or humane treatment. of Underlian Plaitiff with" Qualifyied Disibility(ie s)' within accorrdance of the ADA statute and 8th, 14th Amendment(s) of the U.S. Constit ution,

Core Civic(s) responsiblity(ies) is "AGGRANDIZED" within the contract with the state of Tennessee and the State Legislature and the TDOC Defendant(s) Core Civic is sued in it(s) individual and corporate (official) capacity through information and Belief it can b e served with the process at Defendant(s) Headquarter(s) Address @ 10 Burton Hills BLVD Nashvill Tenn. 37215

D.3. Defendant(s) No.3 Blair Liebach, More over an exact is the Administrative Warden for TTCC/TDOC/CC at the facility Underlain Plaintiff reside(s) at Defendant(s) Blair Li ebach, at all time(s) was and is currently a pertinent actor for TTCC/TDOC/CC Defendant (s) Blair Liebach and his subordinates are responsible for overseeing the state prisone r(s) confined to TTCC/ TDOC/ CC, The Underlain  Defendant(s) are responsible for the He alth, Safety and the proper treatment , Humantreatment of James Jellison within accorda nce of the ADA statue, asto 1,5,6,8, and the 14th Amendment(s) of the U.S. Constitution Defendant(s) Blair Leibach's repponsibility(ies) are " AGGRANDIZED" through the Tenness ee States Legislature and the TDOC., Defendant(s) Blair Leibach, is benig sued inhis in dividual and corporate (offical) capacity. Belief and information he can be served with the process at his employement address @ TTCC 140 Macon Way Hartsville, Tenn 37074.

E.4. Defendant(s) No. 4 Jerry Wardlow, More over and exact is a Assio Warden for TTCC/T DOC/ CC at the facility Underlain Plaintiff resieds at Defendant(s) Jerry Wardlow, at a ll time(s) was and/is currently a pertinent actor for TTCC/TDOC/CC., the Defendant(s) Jerry Wardlow and his sub~rdinate(s) are legally respnosible for the Health,Safety, a nd the proper treatment of James J. Jellison, withhin accordance of hte ADA statute, as too 1,5,6,8,and the 14th Amendment(s) of theU.S. Cnostitution.DDefendant(s) Jerry Wardlo w's responsibility(ies) is "AGGRANDIZED" through the Tennessee State Legislature and th e TDOC., Defendant(s) Jerry Wardlow, is being sued in his individual and corporate (off ical) capacity)through information and belief he can be served with the process at his employement address @ TTCC 140 Macon Way Hartsville Tenn. 37074.

F.5. Defendant(s) NO. 5 Yolanda Pittman, More over and exact is the warden of treatment for TTCC/TDOC/CC ta the facility Underlain Plaintiff reside(s) Defendant(s) Yolanda Pit tman, at all time(s)was and is currently a pertinent actor for TTCC/TDOC/CC Defendant(s ) Yolanda Pittman and her subordinates are responsible for overseeing the state prison er(s) confined to TTCC/TDOC/CC, The underlain Defendant(s)(are responsible for the heal th, safety, and proper treatment fo James J. Jellison, withhin accordance of the ADA sta tute, asto 1,5,6,8,and the 14th Amendmant(s) of the U.S Constitution Defendant(s) Yolan da Pittman, respnosibility(ies) is "AGGRANDIZED" through the the Tennessee State Legisl ature and the TDOC., Defendant(s) Yolanda Pittman, is benig sued in her individual and corporate (offical) capacity through information and belief she can be served with the process at his employment address @ TTCC 140 Macon Way Hartsville, Tenn 37074.

G.6. Defendant(s) NO. 6. Cynthia Pratt, More over and exact, is the Health service Administ
or for TTCC/TDOC/CC at the facility that Underlain Plaintiff, resides at, Defendant(s) Cynt
hia Pratt, was and/is a pertinent artor for TTCC/TDOC/CC defendant(s) HSA Cynthia Pratt, i
s contracted through the State Legislature, and TDOC hereas legally responsible for oversee
ing her sibordinate(s) she is delegated to promulgate rule(s) regulation(s) concurring with
in accordance of the ADA statute, and the health, safety basic, adequate medical and huma
netreatment, Herein the 8th and the 14th Amendment(s) of the U.S. Constitution Defendant(s
). HSA Cynthia Pratt's, responsibiliy(ies) is "AGGRANDIZED" thronugh the the TENN State Leg
islature andTDOC., Defendant(s) Cynthia Pratt, is beingssuedinnheriiindivdual and corporate
(offical) capacity through inform and beliefsbhe can be served with the process at her emp
oymeнt @ TTCC 140 Macon Way Hartsvilles Tenn. 37074,.

H.7, Defendant(s) Mrs, Watt, More over and exaot is the Assist Health Service Adminstrator
for TTCC/ TDOC/ CC at the facility Underlain Plaintiff resides at Mrs, Watt was and/is a cu
pertinant actor for TTCC/TDOC/CC Defendant(s) Watt, is through States Legsilature anll TDOC
Hereas legally responsible for for overseeing her subordinate(s) she is delegated to promul
gate rule(s) curringlwithin accordance of the ADA statute and the health, safety, basice ad
dequate medical, and humane treatment herein the 8th and the 14th Amendment(s) of the U.S.
Constitution. Defendant(s) Mrs. Watt, Reasponsibility(ies) is "AGGRANDIZED" through the St
ate Legislatureand TDOC., Defendant(s) Mrs. Watt. is being sued in her individual and cor
porate (offical) capacity. through infromation and belief she can be servdlced with the pro
cess at her employement Address @ TTCC 140 Macon Way Hartsville Tenn. 37074.

I.8. Defendant(s) No.8 Mrs Smith. More over and exact is the FNP for TTCC/TDOC/CC at the f
facility that Underlain Plaintiff, resides at defendant(s) Mrs Smith, was and/is a pertin
ent actor forTTCC/TDOC/CC Defendant(s) Mrs. Smith, through States Legislature and TDOC he
reas legally responsible for overseeing her suborderrnates ahe is Delegated to promulgate
rules conurring within accordance of the ADA statute and the healht, safety, Basic, adequa
te medical nad humane treatment. Herein the 8th and the 14th Amendment(s) Mrs. Smith, resp
onsibility(ies) is "AGGRANDIZED" through the States Legislatuce and TDOC. Defendant(s) Mr
ss. Smith is sued in her individual and corporate capacity (offical) through informatio
n and belief sh can be served with the process at her employement Address @ TTCC 140 Ha
rtsville, Tenn. 37074.

J.9. Defendant(s) NO.9. Mr. Oswald More over and exaot is the unot manager for TTCC/TDO
C/CC the facility Underlain Plaintiff resides at, Defendant(s) Mr. Oswald was and/is a
pertinent actor for TTCC/TDOC/CC Defendant(s) Mr. Oswald through the States legislature
and TDOC hereas legally responsible for overseeing her subodinate(s) he is Delegated to
rule(s) concurring within accordance of the ADA Statute and herein the Health, Safety,
and Humane treatment herein the 8th and the 14th Amendmant(s) Mr. Oswald is sued in his

Individual and corparate (offical) capacity thorugh information and beleif he can b
e served with the process at his employement address @ TTCC 140 Macon Way Hartsville. Te
nn. 37074.

k.10 Defendant(s) No. 10. J Garner None over and exact she is bhe Greivance Chair,For
TTCC/TDOC/CC the facility Underlain Plaintiff resides at, Defendant(s) Mrs. Garner, is l
legally responsible for assuring "DUE PROCESS PROTECTION" os the Constitution(s) provid
ing Un derlain Plaintiff with redress via procedure includnig hearing(s) through the au
thority of contratual agreememt with the State legislature in accordance of the U.S. Co
nstitution, Defendant(s) J. Garner, responsibility(ies) is "AGGRANDIZED" through the co
ntrat with the State of Tennessee, The State Legislature and TDOC Defendant(s) Mrs. Gar
ner is sued in her individual and corporate (offical) Capacity through information and
beleif she can be served with the proecss at her employement address @ TTCC 140 Macon W
ay Hartsville, Tenn. 37074.

## IV EXHAUSTION OF ADMINISTRATIVE REMEDY(IES)

All Claim(s) herein have been submitted throught the the Administrative grievance  P
rocedure as required uprsuant to 42 USC § 1997 (e) (a) Booth v. Chumer. 532 U.S. 731, 7
333 (2001); brown v. Yooms. 139 F.3d 1102, 1108- 04 (6th Cir. 1998).

Defendant(s) J. Garner collectively unprocessed and to no avial and/or not logged in

Defendant(s) J. Garnre collectively unprocessed and to no avail and/or not logged in
Documented failing to comply with policy 501.1 to keep hidden from shraeholder(s) State
of Tenn, State legislature(s).

Defendant(s) J. Ganmer through driect malfeasance(s) to interfer , Underlain Plaintif
f(s) filed grievance(s) or safetyn filing, From the fear of confidrtible  without vindict
ive retaliation; Plaintiff in fear of retribution from the staff. Pursuant to; PLRA 42§§
1997(e) notes to decision(s), which hold(s):

> 1. Generally, Civil right(s) of institutionalized pers
> on(s) act whch authorized state(s) to set up prison gri
> vance procedures, is exception to normal non- exhaulti
> on Rule and is not intended to apply when Civil right(
> s) action(s) arise issues which cannot, in all probab
> ility, be resolved by grievance resoltion system.,......

Defendant(s J. Garner, grievance chair refused to process Plaintifff(s) Grivance(s) in
accordance with policy(ies) ,501.01 denying Plaintiff(s) rigth(s) to "DUE PROCESS" Pla
intiff a hearing : Underlain Plaintiff(s) grievance(s) were shared among inmate worker(s
) and securty staff including Defendant(s) Leibach, Pittman, Wardlow  in confidentiality
self lause of policy 501.01 § VI. K11. " RECORD(S) CONCERNING INMATE(S) GRIVANCE(S) SHALL B
E KEPT CONFIDENTIAL". wherein envent(s) of vindictive reialation ensure;

Defendant(s) J. Garner. imposed malfeasant and/or act(s) of vindictive retiaation by
ordering inmate worker(s) to depose and/or Destroy underlain Plaitiff(s) grievance(s) B

Plaintiff(s) has Affidivit from inmate worker.

"SEE ATTACHED EXHIBIT(S)"

Underlain Plaintiff(s), Attached the above mentioned "Affidivit, Grievance(s) Letter(s), inmate request form(s) to support propondance(s) of evident(s) and perpetual effort(s) to i nform the Defendant(s) of their Abridge of the Underlain Plaintiff(s) protected 1,6.8. and the 14th Amendmetn(s) and right(s) to ADA, Basic, Adequate Medical Care and/or Humane Treat ment.

Defendant(s) J. Garner, More Over and exact the approximite cause of the severly Dimishi ng "Quality of Life" and including but not limited to imposed Debilitating condition of Un derlain Plaintiff(s); The above mentionedDefendant(s) act(s) of Dergation, interference, D eter and including but not limited to perpetual Malfeasance(s) of Underlain Plaintiff(s) r edress will prevent the exposure of their Civil right(s) Abridge. Underlain Plaintiff Has no other, available and/or remdy(ies).

V.
STATEMENT OF FACT(S)

1. UnderLain Plaintiff, arrival at TTCC the Date of Sept, 7, 2016., (Hereas Trousdale Turner Core Civic as TTCC).

2. On the Date above mentioned, Underlain Plaintiff(s) consequently was and is a prisoner wi th "Qualifyied Disability(ies) a prisnoer protected by both Constitutional and Federal st atute(s); Hereas some prison regulation(s) for "QUALIFY(IED) PRISONER(S)".

3. The above mentioned Plaintiff has been Diagnosed by a "REASONABLE PHYSICIAN(S)" to suff er from "PTSD, ORTHOPEDIC" mental and physical deprivation intentional "IMMINENT DANGER"

4. On the abvoe mentioned Date of Sept 7. 2016., the Underlain Plaintiff was triaged by a un known nurse; hereas Plaintiff compelled "Total Medical History" compelling medication's and/or Treatment(s); at this time Plantiff signed consent to release medidal record(s) from Physician(s).

5. On the month(s) to March 21 21, 2017., Underlain Plaintiff hasn't receive any medical tre atment(s) and/or any proscribed medcation(s).

6. On the foregonig months of approximity 8 month(s); the above emntioned Plantiff exacerbat ing condition(s) "Was and/is the Approximite Cause Of Injury"and Substantive Imminent Dan ger"

7. On the forgoing month(s) the denial of "Basic, Adequate, and/or Humane Treatment, of Pla intiff(s) serious medical and/or "Qualifyied Disabiliy(ies)" :Is the Approximite cause i ncluding but not limited to Magnatubes of mental Psychosis" compelling "Imminent Danger"

8. On the Date of March 23, 2017., the above mentioned Plaintiff, filed sick call form(s), More over and exact, Plaintiff filed 2 sick call form(s) 1 addressing the atroicous pain assiocated with the need of "Medical attention and/or Mental attention addressing the PT SD" issues(s). including but not limited to Menbel psychosis.

9. On the Date of April 7, 2017., the above mentioned Plaintiff, was called to medical f or a sick call; The abvoe mentioned sick call(s) were filed March 23, 2017., Heras D efendatn(s) perpetually deny and/or deliberately delay(iedd) acess to medical personel ,practitioner(s) and includnig but limited to failure to carry out apriscription once proscribeed by a physician.

10. OH the above mentioned Date Plantiff was Treiged by RN Whiteing; Plaintiff was asked to state the nature of the medical visit, Plaintiff began his recital of medical fact (s) explianing of preexisting Physician injury(ies) and psychosis, Hereas all mandate d; "REASONABLE PHYSICIAN(S)" Plaintiff signed more medical information relaase pap er work and/or form(s).

11. On the Date ofi April 20, 2017., Plaintiff was called back to medical, Hereas medical record(s) had been forewarded to TTCC medical; from preexisting Physician; Plaintiff was treiged by FNP Mrs Smith as she inquired concerning Plaintiff(s) serious medical need(s), Medication(s) and/or proscribed treatment(s)..

12. On the above mentioned Date, FNR Mrs. Simth, tabulated a treatment plan of the followi nigy concurring with Plaintiff(s) Podiatris of "WLite Foot Wear", Nike fly nity knee sl eeve(s), compression sleeve(s) X ray(ies), pain med(s) mental med(s) and avo(s)-( her eras AVO are physician(s) order(s) ) that inmate(s) keep on person to show questionin g staff of limited activity(ies). thesehavo(s) were supposed to be written for Bottom bunk,orthopedic shoe(s),Bottom floor Lpaina level, limited walking and/or no prolong standing.

13. On the Date ofoApril 25, 2017., Plaintiff attempted direct communication to the the m edic official(s) HSA C. Pratt, AHSA Watt, AWOT Pittman, and CEO Damon Hinniger.

" SEE ATTACHED EXHIBIT(S)"

14. On the above Date, Plaintiff compelled notice of Abridge of medical polciy(ies) 1113,11 toaa "SUBSTANTIIVE MAGNATUBE"; Hereas defendant(s) Abridged the protocetoll in accordance with Core Civic policy(ies) referring Plaintiff to Physician(s) for diagnosis timely b asic, adequate medical and humane treatment.; 113- clinical and nursing protocal(s) st ate(s) in relevant part;

§ II P Purpose: To estabish safe and efective medical treatment of incarserated offender(s)by estabsihing u nifom guidlines for the identification and care of m inor and emergency situation(s).

Those guidlines were estabishaBy Defendant(s); Core Civic, Hinniger,Leibach, Wardlow, Pittman, Pratt, and/or Watt under medical department policy(ies).

§ IV. Defniitino(s) D. Soap format: a medic clincal aassessment;

S:= Subjective --patint reported complaint
O-= Objectivew--examination(s) and diagnostic test(s).

A= Assessment = diagnostic impression(s), rule out.

P= Plan= treatmentplan intervention, follow up.

15. Herein, above mentioned Defendant(s); Core Civic, Hininger, devploped policy(ies) Wherein all Nurse(s) C. Pratt, Watt, and including but not limited to Pittman compelling,every practitioner, and/or personel Delegated to treatment at TTCC/TDOC/CC; Herein in uppon employment by Authorizing signature(s) consequentily conceded Abutment, to these(s) Agreement sanctioned liability(s) to fully, Suffiently: and commence their duty(ies) and responsibility(ies) in treating prisoner(s)i.e., VI. Procedures: A

> 3. Nursing protocols All Health facility(ies) shall maintain a current copy of the TDOC appoved Nursing protocol(s) in their health Service(s) unit Manual. Nursing protocol(s) shall have a cover sheet whcih serve(s) as a letter of agreement Between the Physician(s) and the appropiate Nursing staff...

" SEE ATTACHED EXHIBIT(S)"

16. Defendant(s) failed to provide on objective examination, consciously misinform Plaintiff telling him..."not to worry.".. Herein as Plaintiff(s) serious and including but not limited to exacerbation erached debilitating state; Defendant(s) indifference and conscious fialure to follow protocol, Delegated to protect Plaintiff or provide a treatment plan, Fully Abridge of Planitiff(s) and/or Tennessee and U.S. Constibution(s), against crual and inhumane treatment.

17. On the Date of April 26, 2017., Plaintiff(s) was called to the medical and was provided with X ray of both knees done , Plaintiff was informed by X ray Tech and to Plaintiff own sight that the above Plaintiff(s) cartilage and Bilatteral Knee More over and exact produced inflimation and atroicous pain from the lack of cartilage and the present(s) of osteoarthritis; to a "SUBSTANTIVE DEBILIITATING MAGNATUBE".

19. On the above mentioned Date, Planitiff was told by the medical staff More over and exact " I was told by Mrs. Smith, Plaintiff would be called back to the Medical Department to consolidate appain and treatment plan" This was to no avail.

20. On the Date of May 3, 2017., RN Jackson was conducting pill pass in B. Building B. unit the unit Plaintiff was housed at; as Plaintiff as Plaintiff asked RN Jackson to check on Plaintiff(s) Med(s) and proscribed Orthopedic appliecance of Knee braces; the direct communication to RN jackson was to no avail.

27. On the Date of May 14, 2017., Plaintiff filed a sick call form stating debilitating pain and non delviery of mandated applience(s) and Med(s).

22, On the Date of May 28, 2017., the Date of July 31, 2017., the above mentioned Plainti
Éff wrote HSA Pratt, and AHSA Watty compelling of the treiage by FNP Smith all to no a
vail; Plaintiff forced to top bunk each jump down and/or climb up cause's atroicous pa
in Plaintiff infprmed Mr Oswald and provided Mr. Oswald ( unit manger)(with all necess
ary paper work and showed him and the injury(ies)  Mr. Oswald(s) indifference to Plain
tiff(s) serious Medical need(s).

## VI
## CLAIM(S) FOR RELIEF

Claim(s) brought fonth for prostective injunctive relief against Core Civic offical(s)
named abvoe as Defendant(s)., Herein Claim(s) Brough forth for" SUBSTANTIVE ABRIDGE ()
OF JAMES J. JELLISON(S) RIGHT(S)"  arising Abutment of 1,5,6,8,and the 14th Amendmen
t(s) Magnatube(s) of ADA to a U.S. Constitution...

23. The above mentioned Plaintiff incorporate(s) by reference the allegation(s) containe
ed in parrgaph(s) 1. through 22. of this complaint fully set forth above.

Defendant(s) Divied

## DEFENDANT(S) INDIVIDUAL, AND CORPORATE LIABILIY ACTING
## "UNDER THE OFSSTATE LAW"

More over and exact, for more than 8 month's Underlain Plaintiff ha
s been the Grail of Malignant and including but not limited to Wholly
Unconstitutional behavior(s) of offical(s) Executive(s) Move over and
d exact fully set forth MAlfeasance(s) acquiesance  of the entire bod
y of Offtcail(s) and the Subordanate(s)  as the above mentioned: Pla
nitiff has exhualted all administrative Remedy(ies) available at TTCC
/TDOC/CC ; Underlain Plaintiff has attempted direct  communication t
o investigate, or look into the standing matter all the above mention
ed Dédendant(s); More fully setforth by direct letter(s), inmate reques
st, in person, 3Ed party parent(s) phone call(s), communication to inves
tigation team Channel 4. inmate grievance(s).

This persistily Abridge of Civil, Statutory, Duty(ies) to oversee subordinate(S)
and promgate rule(s) ordinance, mandate, law,regulation(s) order, and command comp
laince within training and to supervise and abridge the present(s) of Malfeasance(
s) official acquiescance and/or premeditated "SYSTEMATIC DEFICINC(IES)" in staffing
facility(ies) training. medical malfeasance(s) collsive, and/or fallacious procedu
re(s); Herein conjuring atrocious torture and including but not limited to" IMMIN
ENT DANGER" Perpetual pain and mental psychosis". through act(s) and/or omission
Herein, More over and exact setforbh Abridge of Officer(s) Employée oath substanti
ve indifference more over and exact compel " IMMINENT DANGER" ...

Fuly Set Forth "SUBSTANTIVE ABRIDGE" of 1.5.6.8. and the 14th Amendmant(s) to U.S. Constitution

## B DEFENDANT No. 2,

Damon Hinniger as the CEO of is legally responsible for all employee(s) of Core Civic and TTCC whose responsibility(ies) including but not limited to assuring thr Humane Treatment of Plaintiff.

Damon Hinniger has failed to oversee his staff, assure their compliance with the contract aggreed to yb his singature between the stne of Tn, the state legislature, TDOC and Core Civic

Defendant(s) Hinniger Decisively, uneglectly failed to assure his staff at TTCC, and TDOC comply with Tn statute estabished by TCA§§ 4-3-603 and 4-3-606 as well as Depardmental Core Civic Policy(ies) 113.11 clinical and Nursing Protocol, Which state(s) in part;

> II. Purpose to estabish safe and effctive medi
> cal treatment of incarserated offender(s) by
> establishing unform guildline(s) for the dien
> tion and care of minor and emegency situati
> on(s)...

Defendant(s) Hinniger, failed to ensure Platiff(s) essential "LIFE SAVING" and timely Medcial Care Deliberately Delayed essentialttreatment(s) medical care, medicine(s) fully set forth exacebating and incldunig but limited to deminsuhing mental psychosis( after the arrival of medical record(s) to TTCC) Herein Plaintiff attempted Direct communication by letter U.S. mail to this official., to no avail at all time(s)...

Defendant(s) Hinniger, Malicious and Arbitrary act(s) of Deliberate indifference realistically "Deadly Delay" in arresting the exacerbating and including but limited to Debil itating state of Health " WITH THE SOLE INTEREST OF PROTECTING CORE CIVIC "PROFIT!"

Defendant(s) Hinniger, act(s) "SUBSTANTIVE" Abridge of8, and the 14th Amendment(s) (s) to a cnotitutional Magnatude Imposing Cruel and Inhumane Punishment.

## C. DEENDANT No. 3

Defendant(s) Leibach as the Admenistrative warden at TTCC/TDOC/CC and is responsible for all safety, securiyt, medical and treatment grievance policy(ies) procedure(s) persynn onnel, appeal, and assuring the (Humane treatment of Plaintiff.

Dedfeenadat(s) Leibach. has negligently failed to correct the Civl and Cnostitu tinoal Abridge of his employee(s) at TTCC by delegating his Authority and responsibility(ies) e) to inderaling(s) while failnig to oversee their act(s) beahvior as wnell as policy(ies) and constitutional Arbidget allwoing his staff to... Do as thay wish wiht out Accomuability..

Defendant(s) Leibch. has implemented this same exact practies throughout this prison whree inmates in possession(s) of cell phnoe(s), Deady weapon(s), Drug(s), who assault(s) officer(s) attempting and recoering the contraband, and/or rape of other inmate(s) and staff, employee(s) of TTCC., hereas these inmate(s) don't and perpetually receive no " Discipline for these maleginent, Unlawful act(s)" These unlawfull acqéescence act(s) Delierately done withuot any consequenct(s) and in secrt, not reporting this to the commissi oner(s) office to "Protect share holders profit(s)"

Defendant(s) Leibachby his Authority while acting under the color of state law, failed to monitor or correct the action(s) and Behavior of his staff for their refusal to provide Adequate treatment and has refused and perpetually will not address or correct the Malfeas ce(s)_and Deliberate denail of Due process Hearing(s) retiation, and" IMMINENT DANGER" by simply " RUBBER STAMPING" Defendant(s) J. Garner(s) refusal to provide "DUE PROCESS" HEARI NG(S)"

Defendant(s) Leubach, act()s)) and omission(s)he has willingly Abridge(1,5, 6,8, and the 14th Amendment(s) Magnatude(s) of U.S. cOnstitution. this Malfeasance, denail to grievanc e hearing(s) the right(s) to redress wrong(s) and Defendant(s) Garner continue(s) to dire ct inmate worker(s) to destroy Grievance(s) to prevent exposure to the media, share holde r(s), commissioner(s) office, corporate Core Civic, hereas Plaitiff has Affidivit from in mate worker that was order to distroy grievance(s) "SEE ATTACHED EXHIBIT(S)". This act of officail mis conduct impose(s)) Substantive Abridge of Humane treatment., Whereas this is a perpetual, and on going denail even as this"Honorable Court"..

D . DEFENDANT (S).No.4

Defendant(s) Wadrlow, as the warden of surcnty has neglgently failed to correct the Ci vil and Constitutional Abridgewof his employee(s) at TTCC by delegatign his authority,and reponsibility(ies) to underlimg(s) while failingto oversee their act(s) behavior, as wall a as policy(ies) and Constitutional Abridge, allowing his staff to....do as thay wish withou t accouatiblity.

Defendant(s) Wardlow, Has implemented this same exact oractice through thsi prision, wh er inmate(s) in possession(s) of Cell phones(s), deadly weapon(s) judrug(s) who assault(s ) officer(s) attempting and recovring the contraband and/or rape of inmate and employee(s) of TTCC, Hereas these inmate(s) dont,and perpetually receive ano discimplime for these male ginent Unlawful Acquiescance act(s)" " Deliberately done without any consequence(s) and i n secret, not reporting this to the commissioner office, Core Civic Corporae Office to pr otect share holder(s)"profit(s)"

Defendant(s) Wardlow, By his authority while act under the color of law, failing to monit or or correct the action(s) and behavior(s) of his staff for their refuseal to provide Bas ic medical, failure to provide Adequate treatment and has refused andperpetually willnot Address or correct the Malfeasance(s) and Deliberate Denial of Due Process Hearing(s) reti alatino, and "IMMINENT DANGER" by simply "RUBBER STAMPING" his subordinate(s)refusal to ad here to policy,procedure(s), and ordinance, here at TTCC.

Defendant(s) Wardlow, act(s) and omission(s) he has willingly Abridged 1,5,6,8,and the 14t h Magnetude(s) of U.S. Cnostitution. this Malefassace(s), denial to grievance(s) hearing(s the right(s) to redress wrong(s) and Defendant(s) Garner continue(s) to Direct inmate work er(s) to destroy Grievance(s) to prevent exposure to the media, share holder(s) commission er(s) officeCorporate Core Civic Hereas Plaintiff has Affidivit from inmate worker that w as ordered to distroy grievance(s) This act of official misconduct impose(s) substantive Abridge of Humane Treatment, whereas this is a perpetual, and on going Denial even as this case is being prsented to this Honorable Court"

## E. DENFENDANT(S) No.5

Defendant s) Pittman, As the warden of treatment(s) has negligentibty failed to correct the civil and Constitutional Abridge of her employee(s) at TTCCC by delegatnig her Authorty, an d hespnosibility (ies) to underlinll(s) while failing to oversee their act(s) behavior(s). As well as Policy(ies) and constitutional Abridge, allwoing her staff to...Doas they wish sh without Accountibility(ies).

Defendant(s) Pittman, has implemented this same exact practice throughout this prison, whe re inmates in posscession(s) of cell phnoe(s), Deadly weapon(s) Drug(s), who asssult(s) of ficer(s) Attemptnig and recovering the contraband and/or rape of inmate(s) and employee(s) of TTCC Hereas these inmate(s) Don't and perpetually receive no "Disciplinefor these Male ginent, unlawful acquiescence(s) and in secret, not reporting this to the commissioner(s) office Core Civic Corporate office to protect share holder(s) Profit(s)"

Defendant(s) Pittman, by her Authority whileactin under the color of state law , Failing to monitor or correct the action(s) and behavior(s) of her staff for their refusalto prov ide Basic medical care failureto provide adequate treatmentment and refused andperpetual ly will not Address or correct the Malfeasace(s) and Deliberate Denial of the medical sta ff fully compelling suffering and inclding but not limited toultimely a foreseen Death. Herein fully setforth "IMMINENT DANGER" yb simply "RUBBER STAMPING" her subordinate(s) the medical staff by refusal to promulgate adequate medical supply(ies), Adequate follow up ca re.,..

Defenadant(s) Pittman, act(s) and omiwssion(s) she has willingilly conjuny(ied) magantude( s) of Abridge of 1,5,6,8,and the 14 to the "SUBSTANTIVE" U.S. Constitutional, this act of official misconduct impose(s) "SUBSTANTIVE Abridge of humane Treatment, whereas this is a

a perpetual, and on going denial, even as this case is presented to this Honorable Court.

## F. DEFENDANT(S) No. 6.

Defendant(s) Pratt, has the Health Service Administrator, for TTCC and beleived to be responsible for expiting, promulgating treatment plan(s) of TTCC, By contract Defendant(s) Pratt, is legally responsible for assurnig Basic, adequate proper medical care and humane treatment of Plaintiff.

Defendant(s) Pratt, Her responsibility(ies) including but not limited to asuring the Humane traetment of Plaintiff(s) Defendant(s) Pratt, failed to oversee her staff, Who nuder her direction(s) delaying Plaintiff(s) this vital treatment timely, to prevnet Plaintiff(s) Debilitating and/or foreseen Death in the sole interest of "Protecting Core Civic profit(s)" is immoral ans unethcal in the medical professional furthermore such "DELIBERATE AND ARBITRARY" ACT(S) ARE UNCONSTITUTIONAL" under the 8th Amendeat(s) of the U.S. Constitition agaisnt Unnessary Crual and "Inhumane Treatment" and/or PUNISHMENT" throught the 14th Amendant(s). This is immoral and unethical , arbitrary and capricous act; "Potentially a Deadly Delay" contributed to the Deminished Quality of life for Plainitff.

Defendant(s) Pratt, as a medical professional for Core Civic a " Privately for Profit Corporation", and as a Medical Poofessional Arbitrary and Capricously set aside her moral compass in the intrest of profit; by failing to provide Plaintiff basic and timely " Medical Traetment Entrusted to her and her staf Defendant(s) Pratt, act(s) and omission(s) she have willingly Abridge 8 and 14th Magnatude(s) of the U.S. Constution, this act of Offiicail misconduct ipose(s) substantive Abridge of Humane treatment, Herein fully setforth "Immuninent Danger" whersa this is a Perpetual, and on going denial even as this as case is presented to this "Hnoorable Court"...

## G. DEFENDANT(S) No.7.

Defendant(s) Watt, as the Aasitant Health ServiceAdministrator, for Core at TTCC and b-lived to be responsible for ekxpditini, promulgating t'heatment paln(s) of TTCC, By contrac'l Defend ant(s) Watt is legally responsible for for assuring, basic, adequate proper medical care and Humane treatment of Plaintiff.

Defendaat(s) Watt, her responsibility(ies) inculding but not limited to assuring the Humane Traetment of Phaintiff(s) Defendant(s) Watt, Failed to oversee her staff who umdery her dir ective(s) delayed Plaintiff(s) this vital treatment timely, to prevent Plaintiff(s) Debilitating and/or forseen Death immoral and unethicabl in the medical profession. Furbhur more such h Deliberate and arbitrary act(s) are Unconstitutional under the the 8, Amendment(s) of the U.S. Constitution against unnessary Crual and inhumane Punishment, through bhe 14bh Amendmen t(s), this immoral and unethical, Arbitrary and Capricous act; "Potentially a Deadly" Contr ibute to the "Demishing Quality of Life"  for Plainitff.

Defendant(s) Watt, as a medical professional for Core civic a privately for "profit corporat
ion" and as a medical professional arbitrary and capriciously set aside her moral compass
in the intrest of profit(s); by failing to provide "Plaintiff basic and timely." Medical Tre
atment entrusted to her and her staff Defendant(s) Watt, act(s) and Omission(s) she have w
illingily Abridge 8th and the 14th magnatude(s) of U.S. Constitution, this act of offical m
isconduct impose(s) substantive "IMMINENT DANGER" whereas this a perpetual and on going deni
al even as this case is presented to this "Honorable Court"

## H. DEFENDANT (S) No. 8.,

Defendant(s) Smith, was the nurse Practitioner at TTCC and her responsiblity
(ies) is to provide Basic, Adequate, Proper medical and humane treament of Plai
laintiff Defendant(s) Smith, is responsible for identifying, Diagnosing, pr
oper medical, and Humane Treatment" of prisoner(s) with "Qualify(ied) Disab
ility(ies)"

Defendant(s) Smith, Failed to follow her protocol and assure responsibiliy(
ies) entrusted to her, Abridge her oath to provide Plaintiff appropiate med
ical,care. Defendant(s) Smith, didn't follow the guidlines estabished to he
r superiors, Defendant(s) Smith and Core Civic, Hinniger, as outlined in po
lcy(ies) 113.11 Clincal and nursing protocol jie; SOAP. refused to adhere to
Plaintiff(s) assesment refused to schudule Plaintiff (s) to see a Doctor, a
nd by Defendant(s) act(s) and/or omission(s) contribbuted to the Atroicous s
uffering and including but not limited to Deminishing "Quality of Life" an
actionable decision estabished under the Deliberate Indifference standard o
f deay medical and Defendant(s) Smth, hereas conceded to by Abutment, and a
uthorizing signature to contract as an employee(s) of Core Civic and treat
ment that is protected by "Statute" the U.S. Constitution.

Defendant(s) Smith, failure... provide an " objective Examination" allowed
for a Deminishing Quality" of life that was " Preventable" and caused Extraordinar
y and unnecassray; emtoinal, Psychological Physical pain, insumnia, and "DEMINISHIN QUALIT
Y OF LIFE" Under the "DELIBERATE INDIFFERENCE(S) Standard Defendant(s) Smth, Abridge Pla
intiff(s) Constitutinoal right(s) under artical(s) 8th and 14th of the U.S. Constitution.

Herein this act of offical misconduct impose(s) Substantive Abridge of Humane Treatment, f
ully setforth "IMMINENT DANGER" whereas this is a perpetually and on going Denial even as
this case is presented to this "HONORABLR COURT"...

## I DEFENDANT(S) No. 9.

Defendant(s) Oswald, was and/is the uit manager for Chronic Care unit(s) B. Biulding at T
TCC and Resposibility(ies) is to provide Safey, and Humane Treatment of Plaintiff(s).
Defendant(s) Oswald, Failed to follow protocol and assure responsibility(ies) entrusted t

o him Abridge his oath to provide Plaintiff(s) appropiate, humane treatment Defendant(s) Oswald, Didn't follow the guideline(s) established by his super ior(s)

Defendant(s) Core Civc, Hinniger , Leibach, Wardlow, Pittman, as out lined in the oath of officer(s) and employee(s).

defendant(s) Oswald, Failure to implicate, and hold his subordinate(s) liab le for their " Unconstitutional Acquiescence(s) Official Mis conduct" Allow ed for a"Deminishing Quality of life" that was "Preventable"and caused Extr aordinary and unnecassary; emotion, psychosis phyiscal pain, insumnia, and a "Diminishing Quality of Life" under"Deliberate Indifferent" standard...

Defendant(s) Oswald, Abridged Plaintiff(s) constitutional right(s) under ar tical(s) 8th and the 14th of the U.S. Constitution.

Herein this act of offcial misconduct impoe(s) "SUBSTANTIVE" Abridge of humane Treatment, Fullly set forth "IMMINENT DANGER" whereas this is a perpe tuallly and on going denial ever as this case is presented to the "Honorable Court"...

## J DEFENDANT(s) No. 10.,

Defendant(s) Garner, was the grievance chair for TTCC and responsibility(ies) is to provide Plaintiff with the right to redress wrnog(s) through "DUE PROC ESS HEARING(S)" via the institutionall Grievance procedure(s) Policy(ies) 50 1.01 .

Defendant(s) garner repectedly and systematically Plaintiff(s) "DUE PROCESS RIGHT" to beheard at Grivance Hearing(s) in Abridge of Administrative polic y(ies) 501.01 in Unconstitutional Acquiescences,Officail Misconduct, to hide the medical Malfeasance(s) Herein the 1,5,6,8, and the 14th Amendment(s) o f Tenn and the U.S. Constitutino(s) in Plaintiff effort to exhaust Adminis trative Remedy(ies) Pursuant to the PLRA requirement(s) and 42 U.S.C. § 19 97(e)(a) he has timely filed grievance(s) in accordnce with Policy(ies), De fendant(s) Garner, continue to not process grievance(s) Plaintiff naming t he Defendant(s) for denying Basic, Adequate Medical Treatment, and Humane Tre eatment,

Defendant(s) Garner, Official Misconduct, Unconstitutional acquiescence(s) Herein she perpetually manipulateed Grievance(s) Process and including but not limited to to ordering inmate worker(s) to distroy unprocessed Grievan ce(s), Abridge of the Policy(ies) 501.01 as Defendant(s) Ganner, perpetual ly blocked polcy(ies) to appeal and every redress.

Defendant(s) Garner, Knowily Deliberatly, Capriciously and Arbitrary Abrid ge

Plaintiff(s) protected 1,5,6,and the 14th Constitutional right(s) to a Magna tude of Abridge of the Amendment(s).

Herein this act of official misconduct impose(s) Substantive, Abridge of H umane Treatment, fully setforth "IMMINENT DANGER" Whereas this is a perpetua lly and on going Denial even as this case is presented to this "Honorable Court"...

## CONCLUSION

The named Defendant(s) consciously choose to protect their annual bonuse( s), and shareholder(s) Profit(s) for Core Civic a"Private Prison". over pro viding Basic, Adequate, Medical, and Humane Treatment to prisoner(s) with ."Q ualified Disability(ies)", TO Plaintiff appropriate and timely Diagnosis and Prevented intentional and purposeful wanton suffering of prison(s) with "Qua lifyied Disability(ies)".

Defendant(s) have cleverly Developed and implemented a "Pattern or Design of Policy(ies) Practice(s)" that encourage bonus savnig(s) over providing e ssentail medical care. These immoral unethical act(s) and Decision(s) are De fined under the "Deliberate Indifference"...

Defendant(s) primary focuse(s) are well defined and lie(s) in the interes t of personal bonuse(s) as well as protecting corporate profit(s) over Basic medical neeed(s) of anyone, operated by a"Pattern or Desin of policy(ies) pr actice(s)" with Corporate Email(s) and Directive(s) to " Department Head(s) of employee(s).

The above mentioned defendant(s) Core Civic, employee(s) estabished A "Pa ttern or Design"""through policy(ies) Practice(s)" that stressed cost cutt g During "Staff meeting(s)" to assure Departmental personal secure(s) thei r " Annual Bonus (s)" some Corporate Offial(s) have in the past as well as t he present attempted to cover up or justify their repeated past tacit(s) App roval of their Pattern and Policy(ies) Practice(s) of stressing Bnoue(s) ove r moral or constitutional protection(s).

Thruogh the defendant(s) " Pattern and policy (ies) Practice(s) of protecti ng Core Civc profit(s) for shareholder(s) their act(s) ." Introduced limit ed medical care" to medical need(s) of inmate(s) as setforth Herein which h as and continue(s) to compel Medical malfeasance(s), and including but not limited to intentional atroicous suffernig resulting in foreseen death Plain tiff(s) has and contue(s) to suffer unncessary as a direct result of the Def

endant(s) " Deliberate Act(s) of Indifference"and gross neglgence, The Denial of Basic, Adequate, proper medical and Humane Traetment, Unequipped and Unprepared for sufficient after care Untrain in the field of psychosis, Orthopedic(s) and as a ward of Core Civic and a ward of the State of Tenn specifically, the Defendant(s) elgally assumed the responsibility(ies) of Plaintiff(s) medical need(s).

Defendant(s) Core Civic and TTCC contracted with a " Single Doctor" who is only at this facility two time(s) time(s) a week, allegedly on call and a staff of Nurse(s) the name(s) Defendant(s) are not exempt from Liabity for their action(s),acting under the color of state law, as authorized uprsuant(s) to: TCA § 4-3-603,4-3-606,TCA § 41-24- 101 through § 41-24- 117 and the holdings in:

Wherefore, Above mentioned Plaintiff requeast that the Court grant the following relief:

A. Issue a declaratory judgement stating that:

1. The "IMMINENT DANGER" imposed upon Plaintiff by the all time(s) present and pertinent Defendant(s) Abridged the above mentioned Plaintiff(s) protected ADA Statute(s) of "Qualify(ied) Disability(ies)"compelling the following 1,5,6,8,and the 14th Amendment(s) of the U.S. Constitution.

2. Defendant(s) above mentioned act(s) and/or omission(s) are the approximite causeof the"Deliberate Indifferace" of the above mentioned Plaintiff serious medical including but not limited to " Qualify(ied) Disability(ies)" compel the Abridge of 8th and the 14th Amendment(s) of the U.S. Constitution.

B. Issue a injunction ordering above mentioned Defendant(s), and/or their agency to:

1. Immediately arrange for the Plaintiff(s) to be examined by a "Qualify(ied) Physician" and adhere to the proscription and/or treatment(s) once proscribed by a resonable Physician(s).

2. Immediately arrange for the Plaintiff(s) to be overseen by for the need of Physical therapy and/or all follow up medical treatment(s)

3. Immediately arrange and expidite the treatment mandated by Physician(s) Hereof AVO's (AVO hereas a Doctor(s)note) for the following treatment(s): Orthopedic fly nit air sole shoe(s),order for bottom buak, Bottom floor, No prolong standing , Knee brace,

C. N/A

D. Award compensatory damage in the following amount(s):

1. The above Defendant(s) 100,000 jointly and severallt against defend ant(s) for the Physical and emotional injury(ies) substained in the Denial of serious medical treatment(s) including but not limited to refusal to make a reasonable accummodation in likilyness of Plaintiff f(s) "Qualify(ied) Disability(ies).

2. 10,000jointly and severally against the above Defendant(s) for punishment, including deprivation of liberty and amenity, and emotional injury(ies) resulting from their denial of due process in connection with the Plaintiff(s) denial of the grievance process,hearing(s), and the right to confront the Plaintiff(s) tresspasser(s).

3. 50,000 jointly and severally against the above Defendant(s) for the Physical and emotional injury(ies)resulting from their failure to provide Adequate medical care and/or humane treatment to Plaintiff (s) with "Qualify(ied) Disability(ies)"

E. Award punitive damages in the following amount:

1. 100,000 each against all above Defendant(s).

F. Grant such other relief as it may appear that Plaintiff is entitled.

Date September 10, 2017.,

Respectfully submitted,

/s/ _James J. Jellison_ .,

James J. Jellison
TTCC
140 Macon Way
Hartsville, Tenn. 37074.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/3/17 Date.

Signed by
Power of attorns Feeth
_James Jellison_,
Signature of Plaintiff.



7016 3560 0000 9444 0032

$6.10
U.S. POSTAGE PAID
HARTSVILLE TN
37074
NOV 03 17
AMOUNT
R2305M144255-09

$2.03
U.S. POSTAGE PAID
HARTSVILLE TN
37074
NOV 03 17
AMOUNT
R2305M144255-09

JAMES JELLISON #568255

140 MASON WAY

HARTSVILLE TN. 37074

RECEIVED
IN CLERK'S OFFICE

NOV 0 6 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

CLERK U. S. DISTRICT COURT

801 Broadway Rm 800

NASHVILLE, TN 37203